TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00555-CV

In the Matter of K. R.

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-17,355, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

PER CURIAM

Following a hearing before the juvenile court, K.R. was adjudged to have engaged
in delinquent conduct by committing the offenses of criminal trespass, failure to identify, evading
arrest, and possession of cocaine. See Tex. Penal Code Ann. §§ 30.05, 38.02, 38.05 (West 1994
& Supp. 1999); Tex. Health & Safety Code Ann. § 481.115 (West Supp. 1999). The juvenile
court ordered K.R. committed to the Texas Youth Commission. K.R. gave notice of appeal from
the disposition order. Tex. Fam. Code Ann. § 56.01(c)(1)(B) (West Supp. 1999).

K.R.'s appointed counsel on appeal filed a brief asserting that the appeal is
frivolous. The brief complies with the requirements for such briefs discussed in In re D.A.S., 973
S.W.2d 296 (Tex. 1998), and, more generally, in Anders v. California, 386 U.S. 738 (1967). 
Counsel states that he has diligently examined the record and researched the law applicable to the
facts and issues in the case. Counsel's brief contains a professional evaluation of the record
demonstrating why there are no meritorious errors to be advanced. A copy of counsel's brief was
delivered to K.R. and to his parent, and they were advised of their right to examine the appellate
record and to file a pro se brief. A pro se brief was not filed.

We have independently reviewed the record and agree with counsel that the appeal
is frivolous. The order is affirmed.

Before Justices Jones, B. A. Smith and Yeakel

Affirmed

Filed: May 13, 1999

Do Not Publish